PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Apr 16, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

CHRISTOPHER KEGAN WILLIAMS,

                Defendant.

CASE NO.  2:21-CR-0007-MCE

MOTION TO FILE REDACTED COPY OF
INDICTMENT

On January 28, 2021, an indictment was filed under seal in the above-referenced case and the Court granted the United States' petition to file a redacted copy of the indictment.  On February 5, 2021, the Honorable Magistrate Judge Carolyn K. Delaney authorized the United States to file a second redacted version of the indictment following the arrest of a previously sealed defendant, Baudelio Vizcarra, Jr.  On February 23, 2021, the Honorable Magistrate Judge Deborah Barnes authorized the United States to file a third redacted version of the indictment following the arrest of a previously sealed defendant, Mateo Elias Guerrero-Gonzales.  On March 4, 2021, the Honorable Magistrate Judge Deborah Barnes authorized the United States to file a fourth redacted version of the indictment following the arrest of a previously sealed defendant, Javier Hernandez.

The United States now seeks authorization to file a fifth redacted version of the indictment.  Twelve defendants have already been arrested and appeared in the case – Jose Guadalupe Lopez-Zamora, Leonardo Flores Beltran, Christian Anthony Romero, Jason Lamar Lee, Vizcarra Jr., Joaquin

1  Alberto Sotelo Valdez, Rudi Jean Carlos Flores, Erika Gabriela Zamora Rojo, Alejandro Tello, and

2  Hernandez, and Guerrero-Gonzales.  A thirteenth defendant, Sandro Escobedo, has been publicly named

3  in the indictment but not yet arrested or arraigned in this case because he is currently in state custody

4  facing state charges.  A fourteenth defendant, Christopher Kegan Williams, was recently arrested and set

5  for an initial appearance today, April 16, 2021, in the Central District of California.   The remaining

6  defendants listed in the sealed indictment have not yet been apprehended.  For this reason, the

7  government requests that the indictment be unsealed with respect to Williams, but that the United States

8  be allowed to file a redacted version of the indictment to avoid reference to the remaining individuals

9  named in the sealed indictment.  The United States believes release of the names of the remaining

10 defendants would impede their arrest.

12  Dated:  April 16, 2021                                      PHILLIP A. TALBERT
                                                              Acting United States Attorney

14                                                     By:   /s/ David Spencer
                                                              DAVID W. SPENCER
15                                                            Assistant United States Attorney