1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | DAVID W. SPENCER
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

**Apr 16, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER KEGAN WILLIAMS,

Defendant.

CASE NO.  2:21-CR-0007-MCE

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT

        The government's motion to unseal portions of the indictment and keep any reference to the other defendants sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated:   April 16, 2021

HON. JEREMY D. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT