# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

~~SEALED~~ UN SEALED

USA,

Case No: **2:21-CR-00007-MCE**
*SEALED*

v.

**CHRISTOPHER KEGAN WILLIAMS,**

## WARRANT FOR ARREST

TO: **THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**   Christopher Kegan Williams

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

Indictment

charging him or her with *(brief description of offense)*

**DISTRIBUTION OF FENTANYL**

in violation of Title   **21**   United States Code, Section(s)   **841**

A. Benson
Name of Issuing Officer

*ABenson* (signature)
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

1/28/21   Sacramento, CA
Date and Location

Bail fixed at   **NO BAIL**   by   **Magistrate Judge Carolyn K. Delaney**

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA
2021 JAN 28 PM 2:36

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

1-28-2021
Date Received

4-16-2021
Date of Arrest

*P. McKough / S Busch* (signatures)
Name and Title of Arresting Officer

Signature of Arresting Officer