# **SPECIAL CONDITIONS OF RELEASE**

                                                           Re: Williams, Christopher Kegan
                                                           No.: 2:21-CR-00007-MCE-16
                                                           Date: April 29, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report telephonically to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of **Terry Lyn Ray**;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must participate in the substance abuse treatment program at the WellSpace inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

11. Upon successful completion of the residential program, you must reside with your custodian at her address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

12. Upon completion of the residential program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

13. You must not associate or have any contact with any co-defendants in this federal case or any related case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

14. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

15. You are to be transported by your custodian **Terry Lyn Ray** from your primary residence directly to WellSpace on April 29, 2021, and must arrive to the facility by 5:00 p.m.