UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Docket No. 2:21-CR-0007 MCE-16** |
| v. | **Federal Charges**: 21:846, 841(a)(1) – Conspiracy to |
| **Christopher Kegan Williams** | Distribute and Possess with Intent to Distribute Fentanyl |

**COMES NOW,** Steven J. Sheehan, Sr. Pretrial Services Officer of the Court, presenting an official report upon the conduct of Christopher Kegan Williams , who was placed on bond by the Honorable Allison Claire, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on April 29, 2021, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** You must participate in the substance abuse treatment program at the WellSpace inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer.

**ALLEGED VIOLATION CONDUCT:** On May 18, 2021, Mr. Williams was permitted to pick up Methadone from the BAART Clinic and return to WellSpace.  On May 19, 2021, at 11:10 p.m., WellSpace staff reviewed medication logs and noted Mr. Williams did not receive or request his single dose of methadone on that date.  Staff looked closer at the 13 bottles of methadone returned by the defendant, and noted 12 of the 13 bottles appeared to have puncture marks on the lid and inconsistent liquid levels as if someone had removed the contents.

On May 20, 2021, at approximately 7:00 a.m., WellSpace staff spoke with Mr. Williams about the discrepancy as to the contents in his bottles and that he is missed his methadone dose on May 19, 2021.  The defendant denied any knowledge of the methadone bottles being tampered with prior to surrendering them upon return to the facility, stated he had an altercation with another person while at the methadone clinic, and claims he left the box of methadone bottles unattended while going the bathroom at the clinic.

Mr. Williams was told he would be discharged for this violation, as they believe he tampered with the methadone bottles and it was his responsibility to safeguard the medication between the methadone clinic and the treatment facility.  Although instructed by the WellSpace staff member to remain on the premises until this Officer spoke with the defendant at 8:30 a.m., Mr. Williams left the facility without requesting or taking his methadone medication.  WellSpace staff, familiar with methadone treatment, advised this Officer the defendant would be in a full withdrawal at this point not having taken a dose since May 18, 2021.  Moreover, WellSpace staff cite this as evidence Mr. Williams took additional amounts of methadone after receiving the bottles from BAART Program and before he surrendered them to WellSpace staff on May 18, 2021.

**PRAYING THAT THE COURT WILL ORDER** a no-bail warrant be issued for his arrest pending his appearance before the Court on a Bail Violation Hearing regarding the alleged violation conduct.  I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan
Sr. U.S. Pretrial Services Officer

Dated: May 20, 2021

**ORDER**

☒ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court orders a summons be issued with an appearance date of          .
☐ The Court hereby orders this matter placed on this court's calendar on          at Click here to enter text. p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

/s/ Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2021