KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER KEEGAN WILLIAMS,<br><br>　　　　Defendant. | Case No.: 2:21-CR-0007-MCE<br><br>STATEMENT DEFENDANT'S PASSPORT |

## STATEMENT REGARDING PASSPORT

Defendant, Christopher K. Williams, is not in possession of his passport. Mr. Williams believes that his passport is lost. However, if Mr. Williams were to locate his passport, he will immediately turn it into the Court.

Dated: May 21, 2021

Respectfully submitted,


/s/ Kristy M. Horton
KRISTY M. HORTON
Attorney for Christopher K. Williams

1