# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 21 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

USA,

v.

Case No: 2:21-CR-00007-MCE

**CHRISTOPHER KEGAN WILLIAMS,**

# WARRANT FOR ARREST

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA
2021 MAY 20 AM 11:41

**TO:** THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**   Christopher Kegan Williams

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Supervised Release Violation Petition**

charging him or her with *(brief description of offense)*

**PRETRIAL SERVICES VIOLATION**

in violation of Title __18__ United States Code, Section(s) __3148(b)__

| | |
|---|---|
| A. Benson | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ A. Benson | 5/20/21        Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **NO BAIL**      by   **Magistrate Judge Carolyn K. Delaney**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| | |
|---|---|
| 5-20-2021 | J. Carrilho, DUSM |
| Date Received | Name and Title of Arresting Officer |
| 5/20/2021 | /s/ J. Carrilho |
| Date of Arrest | Signature of Arresting Officer |