FILED
July 7, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER KEGAN WILLIAMS,<br><br>Defendant. | Case No. 2:21-CR-00007-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTOPHER KEGAN WILLIAMS,

Case No. 2:21-CR-00007-MCE Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $

__X__ Unsecured Appearance Bond $ 25,000

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

      (Other): The defendants release on bond will be delayed until July 8, 2021 at 9:00 AM, at which time

__X__ the defendant will be released to the custody of Terry Lyn Ray and transported directly from the Sacramento County Jail to the WellSpace inpatient facility.

Issued at Sacramento, California on July 7, 2021 at 2:24 PM.

By: /s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE