UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER KEGAN WILLIAMS,<br><br>Defendant. | No.  2:21-cr-00007-MCE<br><br>**THIRD PARTY CUSTODY** |

FILED
Jul 16, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KEGAN WILLIAMS, defendant herein, is placed in the custody of:

NAME: Terri Ray

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

DATED: 7/9/2021

*(signed)* Terri Ray
CUSTODIAN

DATED: _____

_____
CUSTODIAN

DATED: _____

_____
CUSTODIAN

I agree to this third party custody arrangement.

DATED: 7/9/21

*(signed)* Chris Williams
DEFENDANT