UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>Christopher Kegan Williams | **Docket No. 2:21-CR-0007-MCE-16**<br>**Federal Charges**: 21:841(a)(1) – Distribution of Fentanyl (3 Counts); and, 21:853(a) – Criminal Forfeiture |

**COMES NOW,** Margarita Zepeda, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Christopher Kegan Williams , who was placed on bond by the Honorable Allison Claire, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on July 7, 2021, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used. 2. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. 3. You must participate in the substance abuse treatment program at the WellSpace inpatient facility and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer.

**ALLEGED VIOLATION CONDUCT:** On July 27, 2021, the WellSpace residential supervisor reported the defendant was unsuccessfully discharged from the program after testing positive for Fentanyl on July 15, 2021 with their contracted vendor. The residential supervisor provided a copy of the defendant's lab test results which reflect he tested positive for Fentanyl on July 15, 2021. When confronted with the drug test results, the defendant reportedly denied the use of any illegal substances. Per the direction of Pretrial Services, following the defendant's discharge from the program, the residential supervisor directed the defendant to contact his mother immediately to coordinate transportation from the WellSpace inpatient facility directly to the Pretrial Services office. However, the defendant left the WellSpace premises by approximately 10:46 a.m. as confirmed by the WellSpace residential supervisor and failed to report to the Pretrial Services office thereafter. Additionally, Pretrial Services contacted the defendant's mother/third party custodian on July 27, 2021, at approximately 12:17 p.m., and she indicated she was unaware of the defendant's discharge from the inpatient program and his current whereabouts. At approximately 12:18 p.m. the defendant contacted the U.S. Probation office and left a voice message. On the same date, at approximately 12:36 p.m. Pretrial Services contacted the defendant via telephone, and he reported he had just met with his counselor at the Methadone clinic. He was directed to report to the Pretrial Services office within one hour and failed to do so. At approximately 1:39 p.m., Pretrial Services contacted the defendant's mother/third party custodian and she was instructed to transport the defendant to the Pretrial Services office within one hour.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for the arrest of the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

                                                  Respectfully submitted,

                                                  /s/ Margarita Zepeda

Dated: July 27, 2021                                    U.S. Pretrial Services Officer

**ORDER**

☒ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of _____.
☐ The Court hereby orders this matter placed on the Court's calendar.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: July 27, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE