KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER KEEGAN WILLIAMS,<br>　　　　Defendant. | Case No.: 2:21-CR-0007-MCE<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER<br><br>Date:　August 2, 2021<br>Time:　2:00 p.m.<br>Judge:　Jeremy D. Peterson |

## STIPULATION

Defendant, Christopher Keegan Williams, by and through counsel, hereby stipulates that the detention hearing for the pretrial release violation be vacated on August 2, 2021. The government continues to move for revocation of Mr. Williams' release pursuant to 18 U.S.C. § 3148, based on the information in the Pretrial Services Violation Petition (ECF No. 190) and the Pretrial Services Memorandum, dated July 28, 2021. Mr. Williams submits the matter to the Court based upon the Violation Petition and Memorandum filed by Pretrial Services. The Assistant United States Attorney has been informed of the request and does not object and joins in the stipulation.

Dated: July 29, 2021

1

Respectfully submitted,

/s/ Kristy M. Horton
KRISTY M. HORTON
Attorney for Christopher Williams

PHILLIP A. TALBERT
Acting United States Attorney

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

**<u>ORDER</u>**

  IT IS SO ORDERED.

Date:

                Hon. Jeremy D. Peterson
                U. S. Magistrate Judge