# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



USA,

Case No: 2:21-CR-00007-MCE

v.

CHRISTOPHER KEGAN WILLIAMS,

## WARRANT FOR ARREST

**FILED**

AUG 11 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Christopher Kegan Williams

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Pretrial Services Violation Petition**

charging him or her with *(brief description of offense)*

**Violation of Pretrial Release Conditions**

in violation of Title __18__ United States Code, Section(s) __3148(b)__

| A. Coll | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 7/27/21    Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **NO BAIL**     by **Magistrate Judge Jeremy D. Peterson**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| 7/27/2021 | K. Beloberk  SDUSM |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 7/27/2021 | *[signature]* |
| Date of Arrest | Signature of Arresting Officer |