|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff,<br><br>v.<br><br>**CHRISTOPHER KEGAN WILLIAMS, ET AL.,**<br><br>    Defendant. | CASE NO. **2:21−CR−00007−MCE**<br><br>SCHEDULE FOR DISCLOSURE OF PRE−SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE−SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **8/26/2021** |
| Judgment and sentencing date: | **11/18/2021** |
| Reply or statement of non−opposition: | **11/12/2021** |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **11/5/2021** |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | **10/29/2021** |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **10/22/2021** |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | **10/8/2021** |
| Copies of this schedule given this date in court to: | AUSA − Defense Counsel − USPO |

Dated:   August 27, 2021            By: /s/ S. Deutsch
                                                    COURTROOM CLERK