KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>CHRISTOPHER K. WILLIAMS,<br>　　　　Defendant. | Case No.: 2:21-CR-0007-MCE<br><br>DEFENDANT'S STIPULATION AND ORDER<br><br>Date:　November 18, 2021<br>Time:　10:00 a.m.<br>Judge:　Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 18, 2021, is continued to December 9, 2021, at 10:00 a.m. in the same courtroom. Defense counsel needs additional time to prepare for sentencing. David Spencer, Assistant United States Attorney, and Kristy M. Horton, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:					December 9, 2021

Reply or Statement						December 2, 2021

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and			November 24, 2021

1

served on the Probation Officer and opposing counsel no later than:

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 18, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 4, 2021 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | October 21, 2021 |

**IT IS SO STIPULATED.**

Dated: September 27, 2021                /s/ Kristy M. Horton
                                         KRISTY M. HORTON
                                         Attorney for Christopher Williams


                                         PHILLIP A. TALBERT
                                         Acting United States Attorney

Dated: September 27, 2021                /s/ David Spencer
                                         DAVID SPENCER
                                         Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 29, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2