KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>CHRISTOPHER K. WILLIAMS,<br>        Defendant. | Case No.: 2:21-CR-0007-JAM<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER<br><br>Date:   December 14, 2021<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 9, 2021, is continued to December 14, 2021 at 9:30 a.m. before the Honorable John A. Mendez.  The case was re-assigned to Judge Mendez and a new date for sentencing is needed.  David Spencer, Assistant United States Attorney, and Kristy M. Horton, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date.  The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | December 14, 2021 |
| Reply or Statement | December 7, 2021 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 30, 2021 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 18, 2021 |

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 10, 2021 | /s/ Kristy M. Horton<br>KRISTY M. HORTON<br>Attorney for Christopher Williams |
| | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated: November 10, 2021 | /s/ David Spencer<br>DAVID SPENCER<br>Assistant U.S. Attorney |

## **ORDER**

  IT IS SO ORDERED.

DATE:

_____
John A. Mendez
United States District Judge

2