# Exhibit 1

*Stills from Video of Williams's Snapchat Account from September 7, 2020*







