Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
ANTHONY ROMERO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00007-DAD |
| Plaintiff, | **NOTICE OF FILING UNDER SEAL** |
| v. | |
| ANTHONY ROMERO, et al, | |
| Defendant. | |

Kresta Daly, attorney for Anthony Romero, provides notice that Application[s] to File Under Seal are being filed regarding Mr. Romero and other defendants in this case. The documents sought to be sealed is/are reports regarding discovery. The application[s] contain[s] privileged materials. Such privileges include, but are not limited to, the work product and attorney-client privilege. The documents were not served on defense counsel <u>only</u>. The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration.

For these reasons, the defense respectfully requests that the documents requesting to be filed under seal, remain under seal until further Order of the Court.

//

Dated:  October 11, 2023

By ____s/ Kresta Daly_____

KRESTA NORA DALY

Attorney for Anthony Romero

BARTH DALY LLP
Attorneys At Law

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
Attorneys At Law
Davis, California