§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 27, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER KEGAN WILLIAMS,

    Defendant.

Case No. 2:21-CR-00007-DAD-16

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHRISTOPHER KEGAN WILLIAMS</u>,

Case No. <u>2:21-CR-00007-DAD-16</u>, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_ (Other): <u>The Court sentenced the defendant to a term of</u>

    **X**   <u>imprisonment of time served as of 8/27/2024. Defendant Shall be Ordered Released on 8/27/2024.</u>

Issued at Sacramento, California on August 27, 2024, at   *10:05*   a.m

By: *Dale A. Drozd*

District Judge Dale A. Drozd